McGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>**Premises located at: 2001 Opportunity Drive, Roseville, CA** | CASE NO. 2:18-SW-0315 EFB<br><br>[PROPOSED] ORDER TO UNSEAL REDACTED COPY OF SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that a redacted copy of the search warrant, return, and search warrant affidavit be unsealed and filed on the public docket. The original search warrant, return, and affidavit will remain sealed. The government may produce a copy of the original sealed search warrant with return, and its accompanying affidavit to the defendant and the assigned Probation Officer. The Clerk is directed to file a redacted copy of the search warrant, return, and affidavit on the public docket.

Dated: 6/17/19

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE